IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUINCY LAMONT WALKER, as Personal Representative of the Estate of John Norwood, deceased,<br><br>      Plaintiff,<br><br>v.<br><br>LEON LEWIS, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   CASE NO. 2:14-CV-1118-WKW<br>)            [WO]<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On April 13, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the file in this case, it is ORDERED as follows:

(1)    that the Recommendation (Doc. # 23) is ADOPTED;

(2)    that Defendant the Center for Medicare and Medicaid's Motion to Dismiss (Doc. # 3) is GRANTED;

(3)    that this court DECLINES to exercise its ancillary jurisdiction over the state-law claims against the nonfederal Defendants;

(4)    that this case is REMANDED to the Circuit Court of Lowndes County, Alabama, as having been "removed improvidently and without

jurisdiction" in accordance with 28 U.S.C. § 1447(c).  *Williams v. City of Atlanta*, 794 F.2d 624, 628–29 (11th Cir. 1986); and

(5)  that this court DEFERS ruling on Plaintiff's Motion for Allocation of Tentative Settlement Proceeds and Request for Evidentiary Hearing (Doc. # 22), leaving the motion to be addressed by the state court following remand.

It is further ORDERED that the Clerk of the Court is DIRECTED to take appropriate steps to effectuate the remand.

DONE this 28th day of April, 2015.

                                              /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE